FEDERAL COURTHOUSE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 12-81179-Civ-Zloch/Otazo-Reyes



FILED by OTS D.C.
ELECTRONIC

Oct. 24, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ANN R. BOGOVICH
GLENN M. BOGOVICH, Pro Se
Attorney in-fact for
ANN R. BOGOVICH,

   Plaintiffs,

vs.

Attorneys:
ROBERT J. WISHART, PAMELA S. DUFFY and
MOLLY WHITLATCH, Wishart, Norris, Henninger & Pittman, P.A.,
HARRY G. GORDON, Gordon Law Offices and ROBERT A BEASON,
Beason & Ellis Conflict Resolution, LLC.

   Defendants.

## COMPLAINT

I, Ann R. Bogovich and Glenn M. Bogovich plaintiffs, in the above styled cause, sue defendants: Attorneys Robert J. Wishart, Pamela S. Duffy and Molly Whitlatch, Wishart, Norris, Henninger & Pittman., Harry G. Gordon, Gordon Law Offices and Robert A. Beason, Beason & Ellis Conflict Resolution, LLC.

This action is filed under which federal law or section of the U.S. Constitution this action is being filed: Count I 18 U.S.C. 1028 fraud, Count II 18 U.S.C. 1341 mail fraud and Count III Collusion.

October 24th 2012

Respectfully submitted,

*Glenn M. Bogovich* (signature)

Glenn M. Bogovich Pro Se
POA Attorney in-fact for

Ann R. Bogovich
719 Lake Osborne Terrace
Lake Worth, Florida 33461
Tel. # 561-317-2889
Fax. # 561-582-6489

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service] 0n October--------2012 on all counsel or parties of record on the Service List below.

_____

SERVICE LIST